```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09568
   SUSIE A TERRELL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2018


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/18/2008 and was confirmed 08/20/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
TARGET                     UNSECURED            474.98            .00            .00
HOUSEHOLD FINANCE CORPOR   UNSECURED           7496.51            .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00            .00
RADIOLOGY PHYSICIANS       UNSECURED         NOT FILED            .00            .00
RADIOLOGICAL PHYSICIANS    UNSECURED         NOT FILED            .00            .00
VILLAGE OF RIVERDALE       UNSECURED         NOT FILED            .00            .00
SALLIE MAE INC             UNSECURED          27638.94            .00            .00
SALLIE MAE                 UNSECURED         NOT FILED            .00            .00
SALLIE MAE                 UNSECURED         NOT FILED            .00            .00
SALLIE MAE                 UNSECURED         NOT FILED            .00            .00
SALLIE MAE                 UNSECURED         NOT FILED            .00            .00
SALLIE MAE                 UNSECURED         NOT FILED            .00            .00
AT & T                     UNSECURED         NOT FILED            .00            .00
ZENITH ACQUISITION         UNSECURED         NOT FILED            .00            .00
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC      15152.12            .00         300.00
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00             .00            .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE      18190.32            .00            .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY      NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY      NOT FILED            .00            .00
RONALD TERRELL             UNSECURED          20000.00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,924.00                       1,387.75
TOM VAUGHN                 TRUSTEE                                             146.75
DEBTOR REFUND              REFUND                                              297.70

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      2,132.20

PRIORITY                                            .00
SECURED                                          300.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09568 SUSIE A TERRELL
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,387.75
TRUSTEE COMPENSATION                                              146.75
DEBTOR REFUND                                                     297.70
                                    ---------------       ---------------
TOTALS                                     2,132.20              2,132.20
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE